**CRITCHLEY, KINUM & VAZQUEZ, LLC**
75 Livingston Avenue
Roseland, New Jersey 07068
(973) 422-9200
Attorneys for Defendant Michael C. Sciarra

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
(Honorable Stanley R. Chesler, U.S.D.J.)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.: 09-863 (SRC) |
| v. | |
| MICHAEL C. SCIARRA, et al. | **ORDER MODIFYING BAIL CONDITIONS** |
| Defendants. | |

THIS MATTER having come before the Court by defendant Michael C. Sciarra through his attorney Edmund DeNoia, Esq., on notice to the United States of America through the United States Attorney's Office for the District of New Jersey (Leslie F. Schwartz, A.U.S.A. appearing) and Pretrial Services (Michelle Roman, appearing), and not opposing, and for good cause being shown;

IT IS on this ____4____ day of ____October____, 2010;

**ORDERED** that the terms of Michael C. Sciarra's bail are hereby modified to allow Mr. Sciarra to attend his 50th Anniversary dinner at Piccolo's Restaurant, 174 Kinnelon Road, Kinnelon, New Jersey on October 10, 2010, from 3:00 p.m. to 7:00 p.m.

HON. STANLEY R. CHESLER
United States District Court Judge

I consent to the form and entry
of the within Order

Leslie Faye Schwartz
Assistant United States Attorney

Attorney for Defendant Michael Sciarra

_____
MICHAEL CRITCHLEY, ESQ.