08-R01454

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :   Hon. Stanley R. Chesler
                                     Criminal No. 09-863
           v.                     :

MICHAEL A. SCIARRA          :   <u>ORDER FOR DISMISSAL</u>

        Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses the Indictment, Criminal No. 09-863, against defendant MICHAEL A. SCIARRA, charging the defendant with conspiracy to commit Hobbs Act extortion in violation of Title 18, United States Code, Section 1951, because further prosecution is not in the interests of the United States at this time.

        This dismissal is without prejudice.

                                   _____
                                   PAUL J. FISHMAN
                                   United States Attorney

        Leave of Court is granted for the filing of the foregoing dismissal.

                                   _____
                                   HON. Stanley R. Chesler
                                   United States District Judge

Dated: April 29 , 2011.